```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/14
```

# THE LAW OFFICES OF SEAN M. MAHER, PLLC

October 20, 2014

**VIA FACSIMILE**
(212) 805-7920

*[Handwritten endorsement:]* Defendant's request is hereby granted. The sentencing scheduled for October 29, 2014 is adjourned and rescheduled for December 16, 2014 at 4:30pm. No further adjournment will be granted. SO ORDERED.

Shira A. Scheindlin, USDJ
10/20/14

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Robert Torres*, 13 Cr. 242 (SAS)

Dear Judge Scheindlin:

On behalf of Mr. Robert Torres, the Defendant in the above-captioned matter, I respectfully write to request that the Court adjourn the sentencing hearing set for October 29, 2014 and reschedule the sentencing hearing for a date during the week of December 15, 2014.

The reason for this request is that the defense has requested various school, medical, and psychological records of Mr. Torres' dating back to the 1980's. I have been informed that it still may take 2-3 more weeks before all of the records should be located and produced. Because it is anticipated that Mr. Torres' sentencing submission will incorporate facts and documents from the requested records, the requested adjournment would permit the defense adequate time to obtain, review, and incorporate the records in its sentencing submission in a timely manner before the sentencing hearing.

I have relayed the defense requests to the government and AUSA Jared Lenow has informed me that the government consents to the defense's request.

Respectfully submitted,

Sean M. Maher
*Counsel for Defendant Robert Torres*

cc: AUSA Jared Lenow & AUSA Jessica Masella (via email)