```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    13cr242-18 (DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
          -v-                           :
                                        :
ROBERT TORRES,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant has been incarcerated since 2017. On January 4, 2019, Robert Torres was sentenced by this Court on a violation of supervised release to a term of imprisonment of 12 months. The Court ordered that sentence to run concurrently with the seven-year sentence imposed by the Westchester County Court on December 6, 2018.

In a letter received on April 15, 2022, the defendant requests documents in order to assist state authorities in crediting him for time in custody since July of 2017. It was the Court's understanding at the time it sentenced Torres on January 4, 2019, that his state sentence of seven years would run from July of 2017, and that his federal sentence would run concurrently with that state sentence. Accordingly, it is hereby

ORDERED that the Clerk of Court shall provide the defendant with a copy of the January 7, 2019 Judgment of Conviction; the

transcript of the January 4, 2019 sentencing proceeding; and a copy of this Order.  The transcript was filed on February 5, 2019, and bears the incorrect date of January 4, 2018,

    SO ORDERED:

Dated:    New York, New York
           June 2, 2022

                                              Denise Cote
                                   United States District Judge